

Case 1:08-cv-04416  Document 2  Filed 08/06/2008  Page 1 of 1

HHN

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**: Calvin L. Fields, Deborah Hughes

**DEFENDANTS**: The County of Cook, The Sheriff of Cook County, International Brotherhood of Teamsters

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number):
2085 Lee Street (847) 297-6814
Des Plaines IL 60018
110 165th Street (847) 630-6436
Calumet City Illinois 60409

Attorneys (If Known):

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

[citizenship table unchecked]

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CIVIL RIGHTS: ☒ 442 Employment

**08CV4416**
**JUDGE BUCKLO**
**MAGISTRATE JUDGE NOLAN**

**V. ORIGIN**: ☒ 1 Original Proceeding

**VI. CAUSE OF ACTION**: Cite the U.S. Civil Statute under which you are filing: Civil Rights Acts 42 U.S.C. §1981
Brief description of cause: Unlawful Employment Practices

**VII. REQUESTED IN COMPLAINT**: ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 300,000.00 U.S. Dollars
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY**:

DATE: 06 AUG 08
SIGNATURE OF ATTORNEY OF RECORD: Deborah Hughes / Calvin L. Fields

**FILED** AUG 06 2008 TC
8-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT