MHN

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Deborah Hughes
(Please print)

STREET ADDRESS: 2085 Lee ST.

CITY/STATE/ZIP: Des Plaines IL 60018

PHONE NUMBER: (847) 297-6814

CASE NUMBER: 08CV4416
JUDGE BUCKLO
MAGISTRATE JUDGE NOLAN

_____                    06 August 08
Signature                                   Date

FILED
AUG 0 6 2008  TC
8-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)