**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

MHN

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Calvin L. Fields
(Please print)

STREET ADDRESS: 110 165th Street

CITY/STATE/ZIP: Calumet City, IL 60409

PHONE NUMBER: (847) 630-6436

CASE NUMBER: **08CV4416**
**JUDGE BUCKLO**
**MAGISTRATE JUDGE NOLAN**

_____          06 Aug 08
Signature                           Date

**FILED**

AUG 0 6 2008  TC
8-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)