

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

Calvin L. Fields

Deborah Hughes

(Plaintiffs) Prose

**SUMMONS IN A CIVIL CASE**

V.

The County of Cook

Cook County Sheriff/
Tom Dart

International Brotherhood
of Teamsters Union Local#714
(Defendants)

08CV4416
JUDGE BUCKLO
MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Cook County Sheriff Tom Dart
50 West Washington Rm#704
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Calvin L. Fields/Prose
110 165th Street
Calumet City, Illinois 60409

Deborah Hughes / Prose
2085 Lee street
Desplaines, Illinois 60018

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

TERESA CERVANTES

(By) DEPUTY CLERK

AUG 0 6 2008

DATE

(Guide to Civil Cases for Litigants Without Lawyers: Page 32)

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | August 8, 2008 |
| NAME OF SERVER (PRINT) Elliott Talarico | TITLE Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service accepted by female representative, room #704

FILED
Aug 11, 2008
AUG 11 2008 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 8, 2008
Date

Signature of Server

3750 North Lake Shore Drive, Chicago
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Guide to Civil Cases for Litigants Without Lawyers: Page 33)