AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

Calvin L. Fields

Deborah Hughes

(Plaintiffs) Prose

**SUMMONS IN A CIVIL CASE**

V.

The County Of Cook

Cook County Sheriff/ Tom Dart

International Brotherhood of Teamsters Union Local #714

(Defendants)

08CV4416
JUDGE BUCKLO
MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

The County Of Cook
Board of Commissioners
118 North Clark Street, Rm#537
Chicagi, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Calvin L. Fields/Prose
110 165th Street
calumet City, Illinois 60409
Deborah Hughes / Prose
2085 Lee street
Desplaines, Illinois 60018

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

TERESA CERVANTES

(By) DEPUTY CLERK

AUG 0 6 2008

DATE

(Guide to Civil Cases for Litigants Without Lawyers: Page 32)

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 7, 2008 |
| NAME OF SERVER (PRINT) Elliott Fabric | TITLE Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): received by administrator at David Orr's Office, 69 West Washington, 5th floor

**FILED**
AUG 11 2008
Aug 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 7, 2008
                    Date                    Signature of Server

3450 N. the Lake Shore Dr., Chicago
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.