# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 C 4416
CALVIN L. FIELDS, DEBORAH HUGHES, Plaintiffs

v.

Cook County Sheriff Tom Dart, The County of Cook,
International Brotherhood of Teamsters, Local Union #714

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Cook County Sheriff Tom Dart, The County of Cook

| | |
|---|---|
| NAME (Type or print) <br> Jamieson B. Bowman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jamieson B. Bowman | |
| FIRM <br> Cook County State's Attorney's office | |
| STREET ADDRESS <br> 500 Richard J. Daley Center | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6281059 | TELEPHONE NUMBER <br> (312) 603-3032 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |