IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN L. FIELDS <br> DEBORAH HUGHES <br><br> Plaintiffs, <br><br> V. <br><br> COUNTY OF COOK, COOK COUNTY <br> SHERIFF TOM DART, INTERNATIONAL <br> BROTHERHOOD OF TEAMSTERS LOCAL <br> UNION #714 <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 08 C 4416 <br> ) <br> ) Judge Bucklo <br> ) Magistrate Judge Nolan <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

TO:   **ELECTRONIC FILING AND U.S. MAIL**

**PLEASE TAKE NOTICE** that on September 2, 2008 at 9:35 a.m., Defendants will appear before the Honorable Judge Bucklo, or any judge sitting in her stead, in Courtroom 1441, United States Court House, 219 S. Dearborn Street, Chicago, Illinois 60604 and present Defendant's Motion for an Enlargement of Time in which to answer or otherwise plead to Plaintiff's Complaint. The motion has been linked to this notice via Electronic Case Filing (ECF).

RICHARD A. DEVINE
State's Attorney of Cook County

By:   S/Jamieson B. Bowman
Jamieson b. Bowman
Assistant State's Attorney
Labor/Employment Section
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5668