MHN

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### DIVISION

| | | |
|---|---|---|
| Calvin L. Fields | ) No. 08 CV 4416 | **FILED** |
| Deborah Hughes | ) | |
| | ) | AUG 2 6 2008 TC |
| | ) | 8-26-2008 |
| **Prose Plaintiffs** | ) | MICHAEL W. DOBBINS |
| | ) Judge: Bucklo | CLERK, U.S. DISTRICT COURT |
| vs. | ) | |
| | ) | |
| Cook County Sheriff | ) | |
| Tom Dart | ) Magistrate : Judge Nolan | |
| The County of Cook | ) | |
| International Brotherhood of Teamsters/ | ) | |
| Local Union #714 | | |

**Defendants**

### Plaintiff's Response to Deny Motion
### Of Enlargement of time by Defendants
### The County of Cook and The Sheriff of Cook County

A: Now comes the Plaintiffs Calvin L. Fields/ Prose and Deborah Hughes/ Prose in this matter now states that with regards to Defendants County of Cook and The Sheriff of Cook County motion to enlargement of time before this honorable court, ask that the court deny the defendants motion for reasons pursuant to Federal Rule of Civil Procedure 8(B)(1)(A)(B)(2)(3)(4) and other reason as follows:

1. This matter was filed on August 6, 2008 and that Defendants County of Cook was served on August -7, 1008 and The Sheriff of Cook County Tom Dart was served August 8, 2008 both with a copy of the complaint, whereby this Honorable court requires an answer as stated by Plaintiffs in paragraph A.

2. The Defendants state in their motion of enlargement for time in paragraph three "Defendants have been diligently preparing their answer, "but due to unanticipated multiple litigation's feel the need for an enlargement of time," Whereby if these Honorable courts' grants will only circumvent the ability of the Plaintiffs response by the first status hearing date set by the court, being October 10, 2008.

3. In paragraph 4,5,6,7,8 of the Defendants Motion for an Enlargement of Time stated briefly," non dilatory reasons, in good faith and non prejudicial to all parties involved." The

Con't

Defendants did not feel the need for enlargement of time when or during mediation of the Plaintiffs Grievances' hearings whereby denying the same as allege in the complaint filed on August 06,2008 in this matter, and forcing both Plaintiffs to loss of wages from secondary employment during the lengthy Mediation hearings and in addition to forcing Plaintiff Calvin L. Fields, to now continue secondary employment as of August 13,2008, due to lack of income without the approval of the "Defendant Sheriff of Cook County Tom Dart"and his designated department heads, whereby Violating Secondary Employment General Order Directives previously submitted with Complaint as Plaintiffs exhibits #1 & #2 respectfully, the Plaintiffs now reaffirms paragraph A of this Request.

4. The Defendants County of Cook and The Sheriff of same moreover have not taken into the fact that as to the matter before this Honorable court that there is another Defendant being the International Brotherhood of Teamsters/ local #714, who to date have not responded in like manner.

Wherefore the Plaintiff request that this Honorable Court to Deny the motion for Enlargement for time requested by The Defendants County of Cook and the Sheriff of Same for all reasons previously stated

Respectfully Submitted

Plaintiff

Plaintiff

Pro se

Dated    26 AUG 2008

## Contact Information Of All Parties

### Plaintiffs

D/S Calvin L. Fields
110 165th Street
Calumet city, Illinois 60409
(847)630-6436
Email: Gunchariot@comcast.net

D/S Deborah Hughes
2085 Lee St.
Desplaines, Illinois 60018
(847)226-5552
Email: Hughes2me@comcast.net

### Defendants

Cook County Sheriff Tom Dart
50 W. Washington, Rm #704
Chicago, Illinois 60602

County Of Cook
118 North Clark Street, Rm#537
Chicago, Illinois 60602

International Brotherhood Of
Teamsters Local Union#714
6815 W. Roosevelt Rd.
Berwyn, Illinois 60402-1098